UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KERRY WHITWORTH, | CASE NO. C20-0315JLR |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S DISCOVERY MOTION |
| v. | |
| USAA CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

Before the court is Plaintiff Kerry Whitworth's motion for an order compelling the production of records responsive to various requests for production and interrogatories. (Mot. (Dkt. # 12).) Mr. Whitworth filed his motion without first requesting a conference with the court. (*See* Dkt.) The motion therefore contravenes the court's May 22, 2020, scheduling order. (*See* Sched. Order (Dkt. # 8) at 2 ("[P]ursuant to Federal Rule of Civil Procedure 16, the Court 'direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court' by notifying [the courtroom

ORDER - 1

deputy].").)  Accordingly, the court STRIKES Mr. Whitworth's motion (Dkt. # 12) without prejudice to renewing the motion in a manner that comports with the court's scheduling order.

Dated this 22nd day of March, 2021.

JAMES L. ROBART
United States District Judge