UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **KERRY WHITWORTH,** | NO. 2:20-cv-00315-JLR |
| Plaintiff, | |
| vs. | **SECOND STIPULATED ORDER EXENDING DEADLINES** |
| **USAA CASUALTY INSURANCE COMPANY,** | |
| Defendant. | |

**THIS MATTER** having come before the Court on the Second Stipulated Motion of the parties by and through their respective counsel, for an Order extending certain deadlines, and the Court having reviewed the files and records herein, and being otherwise fully advised in the premises, **NOW, THEREFORE,**

**IT IS SO ORDERED** that the deadline for a ~~joint~~ discovery motion, if any, ~~under Local Civil Rule 37~~, shall be April 9, 2021.  The parties are directed to follow the procedure laid out in the court's scheduling order if they are unable to resolve the discovery dispute.

**SECOND STIPULATED ORDER
EXTENDING DEADLINES -**1-

All other deadlines and the trial date shall remain the same unless so changed by further stipulation and order.

**DATED** this 26th day of March, 2021.

_____
**United States District Judge**

Presented by:

**LESTER & ASSOCIATES, P.S., INC.**

/s/ Tom Lester
Tom Lester, WSBA #15814
Lester & Hyldahl, PLLC
119 N. Commercial St., Ste. 175
Bellingham, WA  98225
(360) 733-5774
tom@lesterandassociates.com
*Attorney for Plaintiff*

**DKM LAW GROUP, LLP**

_____
DKM LAW GROUP, LLP
Brian R. Davis, WSBA No. 53414
Joshua N. Kastan, WSBA No. 50899
Mitchel F. Wilson, WSBA No. 49216
*Attorneys for Defendant*

**SECOND STIPULATED ORDER EXTENDING DEADLINES -**2-